1 **WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Timothy J. Casner,<br><br>       Petitioner,<br><br>   v.<br><br>William Gaspar, et al.,<br><br>       Respondents. | No. CV 10-8100-PCT-NVW (MHB)<br><br>**ORDER**<br>**and**<br>**CERTIFICATE OF APPEALABILITY**<br>**AND IN FORMA PAUPERIS STATUS** |

Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Michelle H. Burns (Doc. 24) regarding petitioner's Amended Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 5). The R&R recommends that the Petition be denied and dismissed with prejudice. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 19 (citing 28 U.S.C. § 636(b)). Petitioner filed objections on June 1, 2011. (Doc. 25.)

The Court has considered the objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a *de novo* determination of those portions of the Report and Recommendation to which specific objections are made). The Court agrees with the Magistrate Judge's determinations, accepts the recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole

1   or in part, the findings or recommendations made by the magistrate").

2       IT IS THEREFORE ORDERED that Report and Recommendation of the
3   Magistrate Judge (Doc. 24) is accepted.

4       IT IS FURTHER ORDERED that the Clerk of the Court enter judgment denying
5   and dismissing petitioner's Amended Petition for Writ of Habeas Corpus filed pursuant to
6   28 U.S.C. § 2254 (Doc. 5) with prejudice.  The Clerk shall terminate this action.

7       Having considered the issuance of a Certificate of Appealability from the order
8   denying Petitioner's Amended Petition for a Writ of Habeas Corpus, the Court FINDS:
9   Certificate of Appealability and leave to proceed *in forma pauperis* on appeal are **Denied**.
10  Petitioner has not made a substantial showing of the denial of a constitutional right.

11      DATED this 20th day of June, 2011.

12
13                           Neil V. Wake
14                           United States District Judge